UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:01-CR-147 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| ARTIE MAYNARD, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

For the reasons stated in the accompanying memorandum, the Court hereby **DENIES** Defendant's motion for reconsideration (Court File No. 151).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**